**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD O'BRINGER, individually,<br><br>Plaintiff,<br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY dba PROGRESSIVE; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive; jointly and severally,<br><br>Defendants. | Case No:   2:23-cv-00100-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(First Request)** |

Defendant PROGRESSIVE CASUALTY INSURANCE COMPANY, and Plaintiff RICHARD O'BRINGER, through their respective counsel submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

1. <u>Summary of Discovery Completed</u>

    To date, the following discovery has been completed in this case:

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | 02/21/2023 |
| Defendant's Initial Rule 26(a) Disclosures | 03/03/2023 |
| Plaintiff's First Supplemental Rule 26(a) Disclosures | 03/09/2023 |
| Defendant's First Set of Requests for Admission, Requests for Production and Interrogatories to Plaintiff | 04/03/2023 |
| Plaintiff's Answers to Defendant's First Set of Requests for Admission | 04/26/2023 |
| Plaintiff's Responses to Defendant's First Set of Requests for Production | 04/27/2023 |
| Plaintiff's Answers to Defendant's First Set of | 05/01/2023 |

| Item | Date Completed |
|---|---|
| Interrogatories | |
| Plaintiff's Second Supplemental Rule 26(a) Disclosures | 04/10/2023 |
| Plaintiff's Third Supplemental Rule 26(a) Disclosures | 06/02/2023 |
| Plaintiff's Fourth Supplemental Rule 26(a) Disclosures | 07/24/2023 |
| Deposition of Plaintiff Richard O'Bringer | 09/29/2023 |
| Defendant's First Supplemental Rule 26(a) Disclosures | 11/17/2023 |
| Plaintiff's Fifth Supplemental Rule 26(a) Disclosures | 11/22/2023 |

2. <u>Discovery Remaining</u>

The following discovery remains to be completed:

    a) Additional written Discovery;

    b) Deposition of Debi Bruns-Lake, claims adjuster for Defendant;

    c) Deposition of Person(s) Most Knowledgeable for Defendant;

    d) Deposition(s) of percipient witnesses;

    e) Deposition(s) of treating physicians;

    f) Disclosure of expert witnesses; and

    g) Deposition(s) all expert witnesses.

3. <u>Reason Why Discovery Was Not Completed</u>

Discovery in this matter is currently scheduled to close on April 10, 2024 with initial expert disclosures currently due by February 12, 2024. Although discovery has diligently progressed since the Scheduling Order was filed on March 3, 2023, discovery has been delayed due to counsel for Defendants having recently been preparing for trial and the upcoming holidays.  Additionally, Plaintiff has recently filed an Amended Complaint in which new allegations are made. Due to limitations with Counsel's schedule, additional time is needed to conduct depositions and additional discovery prior to retaining and disclosing expert witnesses.   As such, the parties believe that good cause exists to justify extending the discovery deadlines and hereby request a 60 day extension of the discovery deadlines to allow for additional time to complete the remaining discovery.

4. ~~Proposed~~ Schedule for Completing Discovery

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | January 11, 2024 | March 11, 2024 |
| Expert Designations | February 12, 2024 | April 12, 2024 |
| Rebuttal Expert Designations | March 13, 2024 | May 13, 2024 |
| Discovery Cut-off | April 10, 2024 | June 10, 2024 |
| Dispositive Motions | May 10, 2024 | July 9, 2024 |
| Joint Pre-Trial Order | June 7, 2024 | August 6, 2024 |

Counsel further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED: January 8th, 2024               DATED: January 5th, 2024

**RICHARD HARRIS LAW FIRM**            **BARRON & PRUITT, LLP**

By: /s/ Clark Seegmiller                By: /s/ William H. Pruitt
    CLARK SEEGMILLER, ESQ.                  WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 3873                     Nevada Bar No. 6783
    801 South Fourth Street                 3890 West Ann Road
    Las Vegas, Nevada 89101                 North Las Vegas, Nevada 89031
    *Attorneys for Plaintiff*               *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2024

3