CLARK SEEGMILLER. ESQ.
Nevada Bar No. 3873
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
T: 702.444.4444
F: 702.444.4455
E: Clark@RichardHarrisLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| RICHARD O'BRINGER, Individually, | 2:23-cv-00100-RFB-EJY |
| Plaintiff, | |
| vs. | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY dba PROGRESSIVE; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive; jointly and severally, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(THIRD REQUEST)** |
| Defendants. | |

Plaintiff RICHARD O'BRINGER, individually, and Defendant PROGRESSIVE INSURANCE COMPANY by and through their respective counsel request this Honorable Court to extend the discovery deadlines 60 days as requested herein.

**I.     LOCAL RULE 6-1 IS SATISFIED**

This is the third request for an extension of discovery deadlines filed by the parties. The first extension was filed January 8, 2024, and a second on March 7, 2024. This Stipulation and request for extension of discovery dates is made more than twenty-one (21) days before the expiration of the deadline for discovery in this case, which is currently August 9, 2024 with initial experts due

June 11, 2024. This extension will accommodate the availability of one of Plaintiff's expert who is currently out of the country.

Pursuant to the controlling Discovery Plan, the following dates govern for purposes of discovery:

1. Discovery Cutoff Date: August 9, 2024
2. Initial Expert Disclosure: June 11, 2024
3. Rebuttal Expert Disclosure: July 12, 2024
4. Dispositive Motions: September 9, 2024
5. Joint Pre-Trial Order: October 7, 2024

Plaintiff filed his First Amended Complaint on November 14, 2023, followed by Defendant's Answer to First Amended Complaint on December 20, 2023. Plaintiff's Amended Complaint asserted significant additional facts underscoring his theories of liability. Since that filing, the parties have worked jointly within the availability of critical fact witnesses, including claim adjuster Debi Bruns-Lake, whose deposition was taken on February 13, 2024. The parties are now working on identifying and producing additional fact witnesses.

Further, Defendant requested and received the Rule 35 Examination of Plaintiff. The parties worked to conclude that examination on May 13, 2024. Both parties would like to have their respective experts avail themselves of the written report of the examination. The specific discovery remaining to be completed is:

- Deposition of remaining percipient witness, Donna Bergstrom;
- Deposition of remaining treating physicians, including Omar Cabahug, MD;
- Disclosure of expert witnesses (initial and rebuttal);
- Deposition(s) of all expert witnesses; and
- Any additional written discovery.

Based on the foregoing, the parties have agreed to extend the discovery deadline by 60 days.

The instant request comports with Local Rule 6-1 in that no request is made after the specified period expires.

## II.     LOCAL RULE 26-3 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-3. Additionally, good cause exists for the extension. As addressed above, the parties are working

cooperatively to schedule and obtain the deposition testimony of third parties who are necessary to the asserted claims and defenses. As such, the parties need additional time to procure records, schedule depositions, and complete any additional discovery. Accordingly, the parties are requesting a 60-day extension to all discovery deadlines.

Listed below is a statement specifying the discovery completed in this case:

| | |
|---|---|
| Plaintiff's Initial List of Witnesses and Documents Pursuant to FRCP 26(a) | February 21, 2023 |
| Defendant's Disclosure of Witnesses and Exhibits Pursuant to FRCP 26(f) | March 3, 2023 |
| Plaintiff's First Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a) | March 9, 2023 |
| Defendant's First Set of Requests for Admission, Requests for Production and Interrogatories to Plaintiff | April 3, 2023 |
| Plaintiff's Answers to Defendant's First Set of Requests for Admissions | April 26, 2023 |
| Plaintiff's Responses to Defendant's First Set of Requests for Production | April 27, 2023 |
| Plaintiff's Second Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a) | April 10, 2024 |
| Plaintiff's Answers to Defendant's First Set of Interrogatories | May 1, 2023 |
| Plaintiff's Third Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a) | June 2, 2023 |
| Plaintiff's Fourth Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a) | July 24, 2023 |
| Deposition of Plaintiff Richard O'Bringer | September 29, 2023 |
| Defendant's First Supplemental Rule 26(a) Disclosures | November 17, 2023 |
| Plaintiff's Fifth Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a) | November 22, 2023 |
| Defendant's Second Supplemental Rule 26(a) Disclosures | February 12, 2024 |
| Deposition of Debi Bruns-Lake | February 13, 2024 |
| Defendant's Second Set of Requests for Production and Interrogatories to Plaintiff | January 8, 2024 |
| Defendant's Third Supplemental Rule 26(a) Disclosures | March 5, 2024 |
| Depo of Yevgeniy Khavkin, M.D. | March 6, 2024 |
| Plaintiff's Sixth Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a) | March 7, 2024 |
| Plaintiff's Seventh Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a) | March 7, 2024 |

| Deposition of Gary Flangas, M.D. | March 8, 2024 |
|---|---|
| Depo of Vladimir Sinkov, M.D. | April 1, 2024 |
| Plaintiff's Requests for Admissions to Defendant | April 8, 2024 |
| Defendant's Fourth Supplemental Rule 26(a) Disclosures | April 8, 2024 |
| Defendant's Fifth Supplemental Rule 26(a) Disclosures | April 9, 2024 |
| Stipulation and Order for FRCP Rule 35 Examination of Plaintiff | April 30, 2024 |
| Rule 35 Examination of Plaintiff | May 13, 2024 |
| Plaintiff's Eighth Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a) | May 14, 2024 |
| Defendant's Response to Admissions | May 23, 2024 |

Under Local Rule 26-3(d), it is necessary to articulate a proposed schedule for completing all remaining discovery. The parties are requesting an additional 60 days be afforded for discovery.

The following deadlines are requested.

1. Discovery Cutoff Date:         October 8, 2024
2. Amending the Pleadings/Adding Parties    Closed
3. Initial Expert Disclosure:      August 12, 2024
4. Rebuttal Expert Disclosure:     September 10, 2024
5. Dispositive Motions:            November 8, 2024
6. Joint Pre-Trial Order:          December 6, 2024

. . . .
. . . .
. . . .

The parties hereby stipulate the proposed changes in the discovery deadlines.

DATED: June 3, 2024                                         DATED: June 5, 2024

**RICHARD HARRIS LAW FIRM**                                 **BARRON & PRUITT, LLP**


By: /s/ *Clark Seegmiller*                                  By: */s/ Joseph Meservy*
    CLARK SEEGMILLER, ESQ.                             WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 3873                                  Nevada Bar No. 6783
    801 South Fourth Street                              JOSEPH MESERVY, ESQ.
    Las Vegas, NV 89101                                  Nevada Bar No. 14088
    *Attorneys for Plaintiff*                            3890 West Ann Road
                                                         North Las Vegas, NV 89031
                                                         *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED: June 6, 2024

_____
UNITED STATES MAGISTRATE JUDGE