1  **WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
2  **JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
3  **BARRON & PRUITT, LLP**
3890 West Ann Road
4  North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
5  Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
6  *Attorneys for Defendant*

7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  RICHARD O'BRINGER, individually, | Case No:        2:23-cv-00100-RFB-EJY |
| 10                  Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| 11  PROGRESSIVE CASUALTY INSURANCE | |
| 12  COMPANY dba PROGRESSIVE; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I | |
| 13  through X, inclusive; jointly and severally, | |
| 14                  Defendants. | |

15        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, RICHARD

16  O'BRINGER, by and through his attorney of record, Clark Seegmiller, Esq. of Richard Harris Law

17  Firm, and Defendant PROGRESSIVE CASUALTY INSURANCE COMPANY more properly named

18  as Progressive Northern Insurance Company, by and through its attorney William H. Pruitt, Esq. of

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

*(left margin, rotated)* **BARRON & PRUITT, LLP**  ATTORNEYS AT LAW  3890 WEST ANN ROAD  NORTH LAS VEGAS, NEVADA 89031  TELEPHONE (702) 870-3940  FACSIMILE (702) 870-3950

the law firm Barron & Pruitt, LLP, that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

DATED: January 13, 2025                    DATED: January 10, 2025

**RICHARD HARRIS LAW FIRM**              **BARRON & PRUITT, LLP**

By: _/s/ Clark Seegmiller_              By: _/s/ William H. Pruitt_
    CLARK SEEGMILLER, ESQ.                 WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 3873                    Nevada Bar No. 6783
    801 South Fourth Street                3890 West Ann Road
    Las Vegas, Nevada 89101                North Las Vegas, Nevada 89031
    *Attorneys for Plaintiff*              *Attorneys for Defendant*

   **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: Janurary 14, 2025

2